**UNITED STATES DISTRICT DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------x

| | |
|---|---|
| DEBORAH BACOTE-WOOD, | Index No.: 22-CV-10970 |
| Plaintiff, | |
| -against- | Default Judgment (Proposed) |
| YONKERS KIA, | |
| Defendant, | |

-----------------------------------------x

This action having been commenced on December 30, 2022 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been personally served on the defendant, Yonkers Kia, on January 14, 2023 by personal service on Mike Romano Defendant's Authorized Agent, and proof of service having been filed on January 23, 2023 and the defendant not having answered the Complaint, and the time for answering the Complaint having expired, it is

ORDERED, ADJUDGED, AND DECREED: That the plaintiff have judgment against defendant in the amount of $3619, plus statutory damages of $2000, plus attorneys' fees and costs of $4056 amounting in all to $9675.

Dated: White Plains, New York

_____          _____
                                                                                             U.S.D.J.