UNITED STATES DISTRICT DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
DEBORAH BACOTE-WOOD,        ,

                                             Plaintiff,          Index No.: 22-CV-10970

-against-

                                                                            ORDER TO SHOW CAUSE

YONKERS KIA,

          Defendant(s).
-------------------------------------------------------------X

       Upon the affirmation of David M. Kasell dated February 12, 2023, and upon copies of the Complaint, affidavit of service, and Clerk's certificate of default; and

       IT IS ORDERED, that the above named defendants show cause before a motion term of this Court at Room 621, United States Courthouse, 300 Quarropas Street White Plains, New York, on the 30th day of March, 2023 at 11:45 A.M./P.M. thereof, or as soon thereafter as counsel may be heard, why the Court should not grant a default judgment against the defendant, Yonkers Kia, pursuant to Rule 55 of the Federal Rules of Civil Procedure; and

       IT IS FURTHER ORDERED that service of a copy of this order along with copies of the annexed affirmation of David M. Kasell, Complaint, Clerk's certificate of default, and the affidavit of service dated January 14, 2023, 3upon the defendant on or before 12:00 p.m. A.M./P.M. on the 10th day of March, 2023, by Federal Express or other overnight courier shall be deemed good and sufficient service thereof.

       Any papers in opposition shall be served and filed by March, 23 2023.

Dated: 3/2/23

                                                                           United States District Judge